RODNEY B. SORENSEN (SBN 196926)
rsorensen@sorensenlawgroup.com
SORENSEN LAW GROUP, P.C.
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (650) 260-7500
Facsimile: (800) 863-6799

Attorneys for Plaintiff
JENNIFER ERFURTH

STEPHEN J. HIRSCHFELD (SBN 118068)
sh@hkemploymentlaw.com
HIEU T. WILLIAMS (SBN 280585)
hwilliams@hkemploymentlaw.com
MICHELLE C. FREEMAN (SBN 318908)
mfreeman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendants
CRADLEPOINT, INC.; ERICSSON ENTERPRISE SOLUTIONS, INC.;
and ERICSSON ENTERPRISE WIRELESS SOLUTIONS, INC

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ERFURTH,<br><br>    Plaintiff,<br><br>    v.<br><br>CRADLEPOINT, INC.; ERICSSON WIRELESS SOLUTIONS, INC; ERICSSON ENTERPRISE WIRELESS SOLUTIONS, INC.; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-03678-NC<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER**<br><br>Assigned for All Purposes to:<br>Magistrate Judge Nathanael M. Cousins<br><br>Removal Filed:  March 28, 2025<br>Trial Date:  November 9, 2026 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Jennifer Erfurth ("Plaintiff") and Defendants Cradlepoint, Inc., Ericsson Wireless Solutions, Inc., and Ericsson Enterprise Wireless Solutions, Inc. (collectively, "Defendants") hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing its own attorneys' fees, costs, and expenses. The parties respectfully request that the Court dismiss this case in its entirety as a result of the dismissal.

Dated: October 16, 2025

SORENSEN LAW GROUP, P.C.

_____
Rodney B. Sorensen
Attorneys for Plaintiff
JENNIFER ERFURTH

Dated: October 16, 2025

HIRSCHFELD KRAEMER LLP

_____
Stephen J. Hirschfeld
Hieu T. Williams
Michelle C. Freeman
Attorneys for Defendants
CRADLEPOINT, INC.; ERICSSON ENTERPRISE SOLUTIONS, INC.; and ERICSSON ENTERPRISE WIRELESS SOLUTIONS, INC.

1. RODNEY B. SORENSEN (SBN 196926)
   rsorensen@sorensenlawgroup.com
2. SORENSEN LAW GROUP, P.C.
   303 Twin Dolphin Drive, Suite 600
3. Redwood City, CA 94065
   Telephone: (650) 260-7500
4. Facsimile: (800) 863-6799

5. Attorneys for Plaintiff
   JENNIFER ERFURTH

7. STEPHEN J. HIRSCHFELD (SBN 118068)
   sh@hkemploymentlaw.com
8. HIEU T. WILLIAMS (SBN 280585)
   hwilliams@hkemploymentlaw.com
9. MICHELLE C. FREEMAN (SBN 318908)
   mfreeman@hkemploymentlaw.com
10. HIRSCHFELD KRAEMER LLP
    456 Montgomery Street, Suite 2200
11. San Francisco, CA 94104
    Telephone: (415) 835-9000
12. Facsimile: (415) 834-0443

13. Attorneys for Defendants
    CRADLEPOINT, INC.; ERICSSON
14. ENTERPRISE SOLUTIONS, INC.;
    and ERICSSON ENTERPRISE WIRELESS
15. SOLUTIONS, INC

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ERFURTH,<br><br>Plaintiff,<br><br>v.<br><br>CRADLEPOINT, INC.; ERICSSON WIRELESS SOLUTIONS, INC; ERICSSON ENTERPRISE WIRELESS SOLUTIONS, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:25-cv-03678-NC<br><br>**ORDER**<br><br>Assigned for All Purposes to:<br>Magistrate Judge Nathanael M. Cousins<br><br>Removal Filed: March 28, 2025<br>Trial Date: November 9, 2026 |

**ORDER**

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties, with each party bearing its own attorneys' fees, costs, and expenses. The clerk is directed to close the file.

DATED:  October 16, 2025

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge



# PROOF OF SERVICE

***Erfurth v. Cradlepoint, Inc., et al.***
U.S. District Court – Northern District of California
Case No. 25-cv-03678-NC

At the time of service, I was over 18 years of age and not a party to this action. I am a resident of the County of Alameda, State of California. My business address is 303 Twin Dolphin Drive, Suite 600, Redwood City, California 94065.

On October 16, 2025, I served true copies of the following document(s) described as

- **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

on the interested parties in this action as follows:

*[ See Attached Service List ]*

| | |
|---|---|
| ☐ | **BY ELECTRONIC MAIL (EMAIL) TRANSMISSION:** I caused the documents listed above to be sent via electronic mail to the persons at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
| ☒ | **BY CM/ECF:** A true and correct copy of the documents listed above were electronically served on parties and/or counsel of record listed in the Service List by transmission through the CM/ECF System. The Court's CM/ECF System will send an email notification of the e-filing to the parties and counsel of record who are registered with the Court's CM/ECF System. |
| ☐ | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 16, 2025, at Oakland, California.

*/s/ Marcie Koyle*
Marcie Koyle

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | ***Erfurth v. Cradlepoint, Inc., et al.***<br>U.S. District Court – Northern District of California<br>Case No. 25-cv-03678-NC |

STEPHEN J. HIRSCHFELD (SBN 118068)
sh@hkemploymentlaw.com
HIEU T. WILLIAMS (SBN 280585)
hwilliams@hkemploymentlaw.com
MICHELLE C. FREEMAN (SBN 318908)
mfreeman@hkemploymentlaw.com
**HIRSCHFELD KRAEMER LLP**
456 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone:   (415) 835-9000
Facsimile:   (415) 834-0443

*Attorneys for Defendants*
*CRADLEPOINT, INC.*
*ERICSSON ENTERPRISE SOLUTIONS, INC.*
*ERICSSON ENTERPRISE WIRELESS SOLUTIONS, INC.*